IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> PARAMOUNT HEALTHCARE CONSULTANTS, LLC AND MPD OPERATORS NAZARETH HALL, LLC D/B/A NAZARETH LIVING CARE CENTER, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 3:23-cv-00359-KC |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendants, Paramount Healthcare Consultants, LLC and MPD Operators Nazareth Hall, LLC d/b/a Nazareth Living Care Center ("Defendants") and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, they respectfully show the Court as follows:

EEOC and Defendants have resolved all matters regarding the EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, EEOC and Defendants respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

Respectfully submitted,

| Attorneys for Plaintiff | Attorney for Defendants |
|---|---|
| */s/ Adriana Rodriguez* <br> _____ <br> ADRIANA RODRIGUEZ <br> Trial Attorney <br> Texas Bar No. 24071467 <br><br> ROBERT A CANINO <br> Regional Attorney <br> Oklahoma State Bar No. 011782 <br><br> SUZANNE M. ANDERSON <br> Assistant Regional Attorney <br> Texas State Bar No. 14009470 <br><br> JOEL CLARK <br> Senior Trial Attorney <br> Texas Bar No. 24050425 <br><br> **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION DALLAS DISTRICT OFFICE** <br> 207 Houston, 3rd Floor <br> Dallas, Texas 75202 <br> Telephone: (972) 918-3597 | */s/ Adriana Rodriguez* <br> *by permission of Gilbert L. Sanchez* <br> _____ <br> GILBERT L. SANCHEZ <br> Texas State Bar No. 24060550 <br> E-Mail: gilbert.sanchez@kempsmith.com <br><br> **KEMP SMITH LLP** <br> 221 N. Kansas, Suite 1700 <br> El Paso, Texas 79901 <br> Telephone: (915) 533-4424 <br> Facsimile: (915) 546-5360 <br><br> */s/ Adriana Rodriguez* <br> *by permission of Bruce A. Koehler* <br> _____ <br> BRUCE A. KOEHLER <br> Texas State Bar No. 11649300 <br> E-Mail: koehler@mgmsg.com <br><br> **MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN** <br> 100 N Stanton Suite 1000 <br> El Paso, Texas 79901 <br> Telephone: (915) 541-1513 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the parties **Joint Motion to Enter Consent Decree**, has been forwarded to all counsel via electronic filing and via e-mail on this, the 7th day of February 2024.

              */s/ Adriana Rodriguez*
              Adriana Rodriguez